UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN Z. WINTER,

          Petitioner,

  v.

PATRICK GLEBE,

          Respondent.

No. C13-5608 BHS/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 4) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 27th day of August, 2013.

          Karen L. Strombom
          United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1