UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN Z. WINTER,

                Petitioner,

v.

PATRICK GLEBE,

                Respondents

NO. C13-5608 BHS/KLS

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. ECF No. 16. Respondent's Answer is currently due on October 15, 2013. Respondent requests an extension of time until November 15, 2013 to allow counsel sufficient time to obtain the relevant state court record. ECF No. 17. The Court finds that the request is reasonable.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time (ECF No. 16) is **GRANTED.** Respondent shall file his Answer **on or before November 15, 2013.** The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

2. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 23rd day of October, 2013.

Karen L. Strombom
United States Magistrate Judge