UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN Z WINTER,

Petitioner,

v.

PATRICK GLEBE,

Respondent.

CASE NO. C13-5608 BHS-KLS

ORDER GRANTING
RESPONDENT'S SECOND
MOTION FOR AN EXTENSION OF
TIME TO FILE AN ANSWER

Before the Court is Respondent's Motion for Extension of Time to File an Answer to the Petition for Writ of Habeas Corpus. ECF No. 19. Respondent's Answer is currently due on November 15, 2013. Respondent requests an extension of time until December 16, 2013 to allow counsel sufficient time to obtain the relevant state court record. ECF No. 20. The Court finds that the request is reasonable.

Accordingly, it is **ORDERED**:

1.      Respondent's motion for an extension of time (ECF No. 19) is **GRANTED.** Respondent shall file his Answer **on or before December 16, 2013.** The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the

1  Clerk will note the matter for consideration on the fourth Friday after the answer is filed,

2  Petitioner may file and serve a response not later than on the Monday immediately preceding the

3  Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief

4  not later than the Friday designated for consideration of the matter.

5          2.        The Clerk shall send copies of this Order to Petitioner and counsel for

6  Respondent.

7          Dated this 25 day of November, 2013.

8

9                                                    Karen L. Strombom
                                                     United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR AN EXTENSION OF TIME TO
FILE AN ANSWER- 2